## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA

**CHARLESTON**
Suite 2400
300 Virginia Street, East
Charleston, WV 25301

P. O. Box 2546
Charleston, WV 25329
304/347-3000

www.wvsd.uscourts.gov

**Reply to: Charleston**



**TERESA L. DEPPNER**
Clerk Of Court

**HUNTINGTON**
Room 101
845 Fifth Avenue
Huntington, WV 25701
304/529-5588

**BECKLEY**
Room 119
110 North Heber Street
Beckley, WV 25801
304/253-7481

**BLUEFIELD**
Room 2303
601 Federal Street
Bluefield, WV 24701
304/327-9798

October 19, 2015

Mr. Stephen Hopkins
#11126-088
Federal Correctional Institution – Fort Dix
P.O. Box 2000
Fort Dix, New Jersey  08640

      Re: United States of America v. Hopkins, et al.; Case No. 2:11-cr-00178-1
          <u>Hopkins v. United States of America; Case No. 2:15-cv-10998</u>

Dear Mr. Hopkins:

      I am in receipt of your letter dated September 30, 2015, providing your new address and requesting the status of your letter to Judge Copenhaver and Motion to Vacate, Set Aside or Correct Sentence filed on July 15, 2015.

      We have noted your change of address.  Please be advised your June letter is before Judge Copenhaver.  The letter is not noted on the official docket since it was mailed originally to Judge Copehaver and not to the Clerk.  In addition, your Motion to Vacate is still pending before the Magistrate Judge. The Clerk's Office cannot predict when either Judge may respond or make a ruling.  When a response or an Order is entered, you will be mailed a copy.

      As a courtesy, enclosed herewith is a copy of the docket sheet for each case referenced above.

Sincerely,

*Teresa L. Deppner*
TERESA L. DEPPNER

TLD/ts
Enclosures