Mrs Deppner,

Yes I'm writing the courts to notify my change of address. Also would like to know if any ruling been made in my case about my 2255 motion. Thank you. I don't know because I been in transit.

Stephen Hopkins
#11126-088
F.C.I. Ray Brook
P.O. Box 908
Ray Brook, New York
12977

Case # 2:11-cr-00178-1 (criminal)
2:15-cv-10998 (civil action)



FILED
JUN - 6 2016
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Name: Hopkins
Register Number: 11126-088
Federal Correctional Institution Ray Brook
P.O. Box 900
Ray Brook, New York 12977

⇦ 11126-088 ⇨
T Deppner Clerk Of Courts
300 Virginia ST E
Room#2400
Charleston, WV 25301
United States

