**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF WEST VIRGINIA



| | | |
|---|---|---|
| **CHARLESTON**<br>Suite 2400<br>300 Virginia Street, East<br>Charleston, WV 25301<br><br>P. O. Box 2546<br>Charleston, WV 25329<br>304/347-3000<br><br>www.wvsd.uscourts.gov<br><br>Reply to: Charleston | **TERESA L. DEPPNER**<br>Clerk Of Court | **HUNTINGTON**<br>Room 101<br>845 Fifth Avenue<br>Huntington, WV 25701<br>304/529-5588<br>**BECKLEY**<br>Room 119<br>110 North Heber Street<br>Beckley, WV 25801<br>304/253-7481<br>**BLUEFIELD**<br>Room 2303<br>601 Federal Street<br>Bluefield, WV 24701<br>304/327-9798 |

July 31, 2017

Mr. Stephen M. Hopkins, #11126-088
FCI Ray Brook
P.O. Box 900
Ray Brook, NY 12977

Re: Hopkins v. United States of America; Case No. 2:15-cv-10998

Dear Mr. Hopkins:

I am in receipt of your undated letter requesting a copy of the docket sheet in the referenced matter. Enclosed herewith is a copy of the docket sheet.

Sincerely,

TERESA L. DEPPNER, Clerk

By: _/s/ Melissa Stephen_____
Deputy Clerk

Enclosure